ACCEPTED
03-14-00197-CV
6607201
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/21/2015 4:02:52 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00197-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/21/2015 4:02:52 PM
JEFFREY D. KYLE
Clerk

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN

GRAPHIC PACKAGING CORPORATION,
*Appellant*

v.

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS
OF THE STATE OF TEXAS; AND KEN PAXTON, ATTORNEY GENERAL
OF THE STATE OF TEXAS,
*Appellees.*

**UNOPPOSED MOTION TO CHANGE DESIGNATION
OF LEAD COUNSEL, AND TO WITHDRAW
AND SUBSTITUTE COUNSEL FOR APPELLANT**

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 6.5, 9.5, and 10, and Local Practices No. 8, 11, and 14, James ("Jimmy") Martens, Lacy Leonard, Amanda Taylor, and Danielle Ahlrich and the law firm of Martens, Todd, Leonard, Taylor & Ahlrich ("MTLT&A Counsel"), who currently represent Appellant Graphic Packaging Corporation ("the Client"), file this Unopposed Motion to Change the Designation of Lead Counsel and to Withdraw and

1

Substitute Counsel for Appellant. In support of this Motion, MTLT&A Counsel respectfully submit the following:

## I.  Background:

1.  For purposes of this appeal, MTLT&A Counsel have served as local counsel supporting the pro hac vice appearance and representation by Client's primary counsel, California-based attorneys Amy Silverstein and Edwin Antolin.

2.  Because Jimmy Martens signed the Notice of Appeal, he was designated as Lead Counsel for Client. *See* Tex. R. App. P. 6.1; Local Practice No. 8. This designation was not officially changed despite Ms. Silverstein serving in lead counsel capacity.

3.  Upon the withdrawal of MTLT&A Counsel, Silverstein and Antolin will remain as the primary counsel for Client in this appeal. This Motion provides written notice to change the designation of Lead Counsel from Mr. Martens to Ms. Silverstein. Tex. R. App. P. 9.5; Local Practice No. 11.

4.  Upon the withdrawal of MTLT&A Counsel, the Honorable Wallace B. Jefferson will substitute in as local counsel. His contact information is:

The Honorable Wallace B. Jefferson
ALEXANDER, DUBOSE, JEFFERSON & TOWNSEND, LLP
515 Congress Ave., Suite 2350
Austin, Texas 78701-3562
Phone: (512) 482-9300
Fax: (512) 482-9303
Email: wjefferson@adjtlaw.com
SBOT No.: 00000019

## II.    Argument & Authorities:

1.    This Court may permit counsel to withdraw from representing an appellate party "on appropriate terms and conditions" pursuant to Texas Rule of Appellate Procedure 6.5.   When another attorney is substituting in for the withdrawing counsel, Rule 6.5 requires that that Motion be delivered to the party at the party's last known address via both certified and first class mail, or in person, and that the Motion state all required information for the substituting attorney.   Tex. R. App. P. 6.5(b), (d).   As shown by the Certificate of Service below and the information provided in Section I above, this Motion satisfies the requirements of Rule 6.5.

2.    MTLT&A Counsel seek to withdraw from representing the Client in this proceeding for good cause and not for purposes of delay.   Especially given the contemporaneous substitution of alternative local counsel and the current status of the appeal (an Opinion having issued on July 28, 2015), MTLT&A Counsel's withdrawal can be accomplished without material

3

adverse effect on the interests of Client. *See* Tex. Disciplinary Rules of Prof. Conduct 1.15(b).

3.     The Client and co-counsel (Silverstein and Antolin) have been informed of MTLT&A's desire to withdraw as Appellant's counsel from this case. Neither the Client nor co-counsel oppose this Motion. Additionally, MTLT&A Counsel have conferred with opposing counsel (Mr. Rance Craft) about this Motion, and he does not oppose it.

**PRAYER**

James ("Jimmy") Martens, Lacy Leonard, Amanda Taylor, and Danielle Ahlrich and the law firm of Martens, Todd, Leonard, Taylor & Ahlrich ("MTLT&A Counsel") respectfully request that this Court grant this Unopposed Motion to Change the Designation of Lead Counsel, and to Withdraw and Substitute Counsel for Appellant in this matter. MTLT&A Counsel pray that this Court will enter an order stating that MTLT&A Counsel are hereby withdrawn from any further representation of Client in this proceeding, and that the Honorable Wallace B. Jefferson of Alexander, Dubose, Jefferson & Townsend LLP is substituted in their place.

Respectfully submitted,

MARTENS, TODD, LEONARD, TAYLOR & AHLRICH
301 Congress Ave., Suite 1950
Austin, Texas 78701
Telephone: (512) 542-9898
Telecopier: (512) 542-9899

By: */s/ James Martens*
 James F. Martens
 jmartens@textaxlaw.com
 State Bar No. 13050720
 Lacy L. Leonard
 lleonard@textaxlaw.com
 State Bar No. 24040561
 Amanda Taylor
 ataylor@textaxlaw.com
 State Bar No. 24045921
 Danielle V. Ahlrich
 dahlrich@textaxlaw.com
 State Bar No. 24059215

## CERTIFICATE OF CONFERENCE

I certify that the attorneys of MTLT&A have conferred with the Client (Graphic Packaging) and co-counsel (Amy Silverstein and Edwin Antolin) about the merits of this Motion, and they do not oppose this Motion.

I further certify that the attorneys of MTLT&A have conferred with counsel for Appellees, Mr. Rance Craft about the merits of this Motion, and he does not oppose this Motion.

*/s/ James Martens*
James Martens

## CERTIFICATE OF COMPLIANCE

I hereby certify that this Motion complies with the typeface requirements of Tex. R. App. P. 9.4(e) because it has been prepared in a conventional typeface no smaller than 14-point for text and 12-point for footnotes.

/s/ James Martens
James Martens

## CERTIFICATE OF SERVICE

I hereby certify that, in compliance with Tex. R. App. P. 9.5, a true and correct copy of this Motion was served on the following counsel *via e-service*, on August 21, 2015.

Rance Craft
Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-2872
(512) 474-2697 [fax]
rance.craft@texasattorneygeneral.gov

Cynthia A. Morales
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL,
FINANCIAL AND TAX LITIGATION DIVISION,
P.O. Box 12548
Austin, Texas 78711
(512) 463-8897
(512) 477-2348 [fax]
cynthia.morales@texasattorneygeneral.gov

Amy L. Silverstein
Edwin Antolin
SILVERSTEIN & POMERANTZ, LLP
12 Gough Street, 2nd Floor
San Francisco, California 94103
(415) 593-3502
(415) 593-3501 (Facsimile)
Asilverstein@sptaxlaw.com
Eantolin@sptaxlaw.com

The Honorable Wallace B. Jefferson
ALEXANDER, DUBOSE, JEFFERSON & TOWNSEND, LLP
515 Congress Ave., Suite 2350
Austin, Texas 78701-3562
(512) 482-9300
(512) 482-9303 (Facsimile)
wjefferson@adjtlaw.com

I further certify that, in compliance with Tex. R. App. P. 6.5(b), a true and correct copy of this Motion was served on the following party of record via *Certified Mail, Return Receipt Requested*, and *1st Class US Mail,* on August 21, 2015.

Graphic Packaging Corporation
c/o Lauren Tashma
Senior VP, General Counsel, & Secretary
1500 Riveredge Parkway NW
Suite 100, 9th Floor
Atlanta, Georgia 30328

*/s/ James Martens*
James Martens